IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE POE, # 118234, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-460-WKW |
| | ) |
| ANTHONY ASKEW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 18) that the court grant Plaintiff's Motion to Dismiss (Doc. # 17), seeking dismissal of the case based upon a settlement agreement Plaintiff reached with Defendants. It is ORDERED that the recommendation (Doc. # 18) is ADOPTED, and the case is DISMISSED with prejudice. An appropriate judgment will be entered.

Done this 10th day of November, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE